IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| KAREN KAY FOX,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:10-CV-54 TS |

On May 18, 2010, Plaintiff filed her Complaint.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] The Magistrate Judge issued a Report and Recommendation on July 19, 2012.[3] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the ALJ's decision be affirmed because it is supported by substantial evidence and is free of legal error.

---

[1] Docket No. 4.

[2] Docket No. 14.

[3] Docket No. 29.

1

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's July 19, 2012 Report and Recommendation (Docket No. 29) is ADOPTED IN FULL. It is further

ORDERED that the ALJ's decision is affirmed.

The Clerk of Court is directed to close this case forthwith.

DATED   August 21, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge